SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-CR-00178-MC |
| v. | JOINT STATUS REPORT |
| **ERIK J. HASS,** | |
| **Defendant.** | |

Pursuant to this Court's Order, the parties provide the following joint status report:

Defendant is charged by indictment with wire fraud, mail fraud, and money laundering. He is currently out of custody.  Discovery has been provided.   Additional time is needed for the parties to complete their investigations, discovery, and any potential negotiations.

Because of the continued restrictions in place due to COVID-19, the process will require more time than would be needed under normal circumstances.

/ / /

/ / /

/ / /

**JOINT STATUS REPORT**                                                                                                                **Page 1**

The parties, therefore, jointly request a continuance of 120 days. The ends of justice are served by a 120-day continuance, and the parties will be prepared to provide additional information at that time. The parties request that the Court set both a deadline for another status report as well as a trial date, and request that the court exclude time under the Speedy Trial Act from the date of this report through the new trial date.

Dated: August 16, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

| | |
|---|---|
| */s/ Gavin W. Bruce* | */s/ Kimberly Seymour* |
| GAVIN W. BRUCE, OSB #113384 | KIMBERLY SEYMOUR |
| Assistant United States Attorney | Attorney for Erik J. Hass |