Kimberly-Claire E. Seymour, OSB 201588
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
kimberly_seymour@fd.org

Attorney for Defendant

United States District Court

District of Oregon

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>     v.<br><br>Erik J. Hass,<br><br>                      Defendant | No. 6:20-CR-00178-MC-1<br><br>Order to Deposit Funds into<br>Interest-Bearing Account |

In accordance with Defendant's Motion for Order to Deposit Funds into Interest-Bearing Account, the Clerk of Court is hereby **ORDERED** to accept a cashier's check or a certified check, payable to the Clerk of Court, U.S. District Court for the District of Oregon, in the amount of

$35,000 and to deposit these monies into the interest-bearing Court Registry Investment System (CRIS) administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045.

It is further **ORDERED** that additional funds may be deposited by Mr. Hass into this account.

Under Standing Order No. 2016-11, a CRIS fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court shall be deducted from the interest earnings on the funds deposited with the Court.

It is further **ORDERED** that all sums of money so invested in the interest-bearing CRIS fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

Here, withdrawal and disbursement of these funds may be made only upon further order of the Court following sentencing, judgment, and this Court's issuance of a final restitution order.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order under Local Rule 67-2.

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

**It is so ordered.**

Dated November __30th__, 2022.

_____
Michael J. McShane
U.S. District Court Judge

For Court Use Only

APPROVED AS TO FORM:

Melissa Aubin, Clerk of Court

*Renee McDaniel*
By: Financial Administrator